UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LEE-HO SONG, | ) |
|       Petitioner, | ) Case No. SACV 09-00729 TJH (AJW) |
|     v. | ) |
| HOLDER, et al., | ) J U D G M E N T |
|       Respondent(s). | ) |

**IT IS ADJUDGED** that the petition is dismissed with prejudice.

August 26, 2009

_____
TERRY J. HATTER, JR.
United States District Judge