GEORGE S. CARDONA
Acting United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
ROBERT I. LESTER (CBN 116429)
Assistant United States Attorney
    300 North Los Angeles Street, Rm 7516
    Los Angeles, CA 90012
    Telephone: (213) 894-2464
    Facsimile: (213) 894-7819

Attorneys for Federal Respondents
Janet Napolitano, Eric Holder, and Brian DeMore

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEE-HO SONG, | No. SA CV 09-0729-TJH(AJW) |
| Petitioner, | |
| v. | **ORDER DISMISSING ACTION** |
| JANET NAPALITANO, Secretary of the Department of Homeland Security; ERIC HOLDER, Attorney General of the United States; BRIAN DEMORE, U.S. ICE Field Office Director for the Los Angeles Field Office; and RUSS DAVIS, Santa Ana Jail Administrator, | |
| Respondents. | |

|   |   |
|---|---|
| 1 | Pursuant to stipulation, IT IS HEREBY ORDERED that the above-captioned action is dismissed without prejudice.  Each party shall bear his or her own attorney's fees and costs. |

DATED:   November 20, 2009

*/s/ Terry J. Hatter, Jr.*
UNITED STATES DISTRICT JUDGE

IT IS SO RECOMMENDED:

_____
UNITED STATES MAGISTRATE JUDGE